# IN THE SUPREME COURT OF THE STATE OF NEVADA

K-KEL, INC., D/B/A SPEARMINT
RHINO ADULT CABARET,
          Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JAMES CROCKETT, DISTRICT
JUDGE,
          Respondents,

and

RACHEL SIDOR, AS PARENT AND
NATURAL GUARDIAN OF JAMES
JOURNI WHITE, JR., A MINOR, AS
HEIR OF THE ESTATE OF JAMES
JOSEPH WHITE, DECEASED; JANICE
LACEY, AS SPECIAL
ADMINISTRATOR OF THE ESTATE
OF JAMES JOSEPH WHITE,
DECEASED; AND QUICK VALET, LLC,
          Real Parties in Interest.

No. 70123

FILED

AUG 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this writ petition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16 - 26466

cc:   Hon. James Crockett, District Judge
Stephenson & Dickinson
Alverson Taylor Mortensen & Sanders
Lawrence C. Hill
Eglet Prince
Eighth District Court Clerk